DEBORAH H. GRIFFIN,

     Appellant,

v.

HAMMER FLO, LLC, a Florida limited liability company, d/b/a WHISKEY RIVER,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5689

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville, for Appellant.

Elaine D. Walter and Michael A. Mullen of Gaebe, Mullen, Antonelli & DiMatteo, Coral Gables, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, VAN NORTWICK, and CLARK, JJ., CONCUR.